IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, for the use of ALCAL/ARCADE CONTRACTING, INC.<br><br>                    Plaintiff,<br><br>     vs.<br><br>MIKE NELSON COMPANY, INC., et al,<br><br>                    Defendants.<br>_____/ | CASE NO. CV-F-06-0354 LJO SMS<br><br>**ORDER VACATING TRIAL DATE** |

This Court conducted a pretrial conference in the above matter on July 31, 2007. The case involves failure to pay for services rendered in construction of this Federal Courthouse. Several other cases are pending which involve the construction of the Federal Courthouse. Accordingly, the September 10, 2007 trial in this matter is VACATED. A separate order will issue coordinating rescheduling of this case with the other cases.

IT IS SO ORDERED.

**Dated:   July 31, 2007**                              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE