**Myron F. Smith #072722**
**Law Office of Myron F. Smith**
**4321 N. West Avenue, Suite 105**
**Fresno, California 93705**
**Telephone: (559) 226-5400**
**Facsimile: (559) 226-5108**

Attorneys for Defendant MIKE NELSON COMPANY, INC.,
DICK CORPORATION/MATT CONSTRUCTION CORPORATION,
AMERICAN CASUALTY COMPANY OF REDDING PENNSYLVANIA and
HARTFORD FIRE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| UNITED STATES for the use of ALCAL/ARCADE CONTRACTING, INC., a Nevada Corporation, doing business as ARCADE INSULATION<br><br>Plaintiff,<br><br>v.<br><br>MIKE NELSON COMPANY, INC., a California corporation; DICK CORPORATION/MATT CONSTRUCTION CORPORATION, a Joint Venture; AMERICAN CASUALTY COMPANY OF READING PENNSYLVANIA, a Pennsylvania corporation; HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; and Does 1 through 20, inclusive<br><br>Defendants. | Case Number 1:06-cv-00354-OWW-SMS<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)** |

It is hereby stipulated that the above-entitled action, including all counter-claims and cross-claims by and against all parties to the action, may and should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Said stipulation confirms and expressly incorporates the terms of the Settlement Agreement and Release, entered into by the parties on March 12, 2010, a copy of which is attached hereto as Exhibit A.

Law Office of
**Myron F. Smith**
191 W. Shaw Avenue
Suite 205B
Fresno, California 93704
Telephone (559) 226-5400

1

2          It is further stipulated that, pursuant to the terms of the Settlement Agreement

3   and Release, the parties shall bear their own attorney's fees and costs.

4   Dated:  March 12, 2010                    FENNELL & OLSON

5

6                                             By:_/S/_____

7                                                  JEFFREY G. OLSON
                                                   Attorneys for Plaintiff
8
    Dated:  March 12, 2010                    LAW OFFICE OF MYRON F. SMITH
9

10

11                                            By:__/S/_____

                                                   MYRON F. SMITH
12                                                 Attorneys for Defendants

13

14                                   **<u>ORDER</u>**

15          Based upon the stipulation of the parties, IT IS HEREBY ORDERED that this entire

16
    action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).
17

18

19  IT IS SO ORDERED.

20      Dated:   **April 7, 2010**              _____**/s/ Oliver W. Wanger**

21                                            UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

**Law Office of
Myron F. Smith**
191 W. Shaw Avenue
Suite 205B
Fresno, California 93704
Telephone (559) 226-5400